In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-392 CR


____________________



THE STATE OF TEXAS, Appellant



V.



ANTHONY CRAIG CARTER, Appellee






On Appeal from the 411th District Court


Polk County, Texas


Trial Cause No. 20080






 MEMORANDUM OPINION


 The State of Texas filed a motion to withdraw its notice of appeal. See Tex. R. App.
P. 42.2. The appellant filed the motion before we issued our opinion on appeal. We grant
the motion and dismiss the appeal. 

 APPEAL DISMISSED.

 

 ___________________________

 CHARLES KREGER

 Justice



Opinion Delivered December 17, 2008 

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ.